C. WAYNE TUTHILL, Respondent, v. MERWIN F. HALLOCK, Appellant.— Judg-

ment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.